UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KNOLTS HUTCHINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, WARDEN R. RACKLEY, WARDEN B. DUFFY, ASSOCIATE WARDEN M. KAPLAN, FACILITIES SARGEANT A. ROMERO,<br><br>          Defendants. | CIV. NO. 2:14-2398 WBS EFB<br><br>ORDER |

----oo0oo----

      Plaintiff, a state prisoner, alleges the California Department of Corrections and Rehabilitation, Wardens Rackley and Duffy, Associate Warden Kaplan, and Facilities Sargeant Romero failed to provide him with a shower wheelchair and a trapeze bar suitable for assisting him to get into and out of bed.  (Id. ¶¶ 17-24.)  Plaintiff brought claims under Titles II and V of the

1

Americans with Disabilities Act, the Rehabilitation Act, and the Eighth Amendment.  Plaintiff also brought claims for damages under California's Disabled Persons Act ("CDPA") and the Unruh Civil Rights Act against the prison official defendants. Defendants Rackley, Duffy, Kaplan, and Romero move to dismiss the CDPA and Unruh claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) on the basis of sovereign immunity. (See Defs.' Mot. (Docket No. 20).)

At the hearing on the motion, it became apparent that the First Amended Complaint ("FAC") fails to set forth the form of relief plaintiff intended to seek.  Plaintiff's counsel unequivocally clarified that, although plaintiff did not state it in the FAC, what he seeks is preliminary and permanent injunctive relief ordering officials to provide him with a suitable shower wheelchair and trapeze bar.  The court will accordingly permit plaintiff to file a Second Amended Complaint to request the relief that plaintiff actually wants granted.

IT IS THEREFORE ORDERED that defendant's motion to dismiss be, and the same hereby is, GRANTED.

Plaintiff shall have twenty days from the date this order is signed to file an amended complaint in a manner consistent with this Order.

Dated:  March 24, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2