UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLTS HUTCHINSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, WARDEN R. RACKLEY, WARDEN B. DUFFY, ASSOCIATE WARDEN M. KAPLAN, FACILITIES SARGEANT A. ROMERO,<br><br>Defendants. | No. 2:14-cv-2398-WBS-EFB P<br><br>ORDER |

Judgment was entered in this action on May 17, 2017. On June 14, 2017, plaintiff filed a notice of appeal and a request to proceed in forma pauperis on appeal. Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Plaintiff's motion fails to satisfy all three of the requirements set forth in Rule 24(a), and is therefore denied.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis on appeal (ECF No. 53) is denied without prejudice. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and plaintiff is hereby informed that he may file a motion to proceed in forma pauperis in the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).

DATED: June 20, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE